UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEKSANDRA SHKLYAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:22-CV-391 RWS |
| ) | |
| CARBOLINE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon plaintiff's payment of the full $402 filing fee. Because plaintiff paid the full filing fee neither the Court nor the United Sates Marshal Service performs service of process. Plaintiff is responsible for serving defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure. Listed below are two options for service of process. Plaintiff must follow one of these two options:

**Option I:** Plaintiff must serve defendant with summons. To do so, plaintiff must submit to the Court for defendant: i) a file-stamped copy of her complaint; ii) a completed summons form (AO Form 440); and iii) a completed "Notice of Intent to Use Private Process Server" form. The "Notice of Intent to Use Private Process Server" form must include the name and address of the process server who will be effectuating service upon defendant. Plaintiff must complete these forms and return them to the Clerk's Office. Once plaintiff submits these forms, the Clerk's Office will sign and seal her summonses and return them to her. The summons must then be served upon defendant by a private process server and return of service must be filed with the Court. Attached to this order are the necessary forms for service of the complaint by summons. Or in the alternative,

**Option II:** Plaintiff has the option of electing to serve defendant with the "Waiver of Service" form pursuant to Federal Rule of Civil Procedure 4(d). If plaintiff uses this option, she must fill out a "Waiver of Service" form and send it, along with a copy of the complaint and a self-

addressed and stamped envelope, to defendant.[1] The Court will order the Clerk to forward these forms with the copy of this order. If defendant chooses not to waive service, plaintiff will then need to use a private process server as described above in Option I.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall cause service to be effectuated upon defendant **no later than ninety (90) days from the date of this Order**. In the absence of good cause shown, failure to timely serve said defendant shall result in the dismissal of plaintiff's claims as to said defendant without prejudice. *See* Fed.R.Civ.P.4(m).

**IT IS FURTHER ORDERED** that the Clerk of Court shall forward to plaintiff with a copy of this order: i) a file-stamped copy of the complaint; ii) a summons; iii) a "Notice of Intent to Use Private Process Server" form; and iv) a "Waiver of Service" form.

Dated this 18th day of April, 2022.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

---

[1] If plaintiff chooses to serve defendant by waiver, she should file a notice with the Court informing the Court of her intention. Additionally, after a defendant signs one copy of the waiver and returns it to plaintiff, plaintiff should file her copy of the signed waiver with the Court.